IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-284-RAH |
| | ) |
| KNAUF INSULATION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Dismissal with Prejudice* (doc. 102) filed on February 10, 2024. The Defendants do not oppose the Motion. Accordingly, for good cause it is **ORDERED** that the Plaintiff's *Motion for Dismissal with Prejudice* (doc. 102) is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and expenses.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE**, this 14th day of February, 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE